UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROMONA KENNARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-2286-G (BH) |
| ROMONA KENNARD, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED** and **DECREED** that:

1. This case is **DISMISSED** without prejudice under FED. R. CIV. P. 41(b) for failure to prosecute or comply with court orders.

2. The clerk shall transmit a true copy of this judgment and the order accepting the findings and recommendation of the United States Magistrate Judge to plaintiff.

October 5, 2016.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**